# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MARISCAL,<br><br>                Petitioner,<br><br>        v.<br><br>K. HARRINGTON, Warden,<br><br>                Respondent. | Case No. CV 09-5749 RGK (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 6, 2010

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1